# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
|     Robert S Larson | ) | Case No. 16-46509 |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
|     Debtor(s) | ) | Change of Address |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Debtor Robert S Larson's mailing address has changed from 2708 Niagara Falls Court Festus, Missouri 63028 to 115 Wheaton Ln Mooresville, North Carolina, 28117.

Respectfully Submitted,

/s/ Sean C. Paul
Sean C. Paul, 59371MO
8917 Gravois Rd.
St. Louis MO  63123
(314) 827-4027
Fax (314) 222-0619
scp@stlbankruptcyfirm.com


## CERTIFICATE OF SERVICE

I, Sean C.Paul, do hereby certify that a copy of this Notice was sent via the court's electronic noticing system to the United States Trustee's Office as well as the Chapter 13 Trustee.

                                                      /s/ Sean C. Paul
                                                      Sean C. Paul