**UNITED STATES BANKRUPTCY COURT**

Eastern District of Missouri

| | |
|---|---|
| *In Re:* Robert S. Larson<br>*Debtor* | *Case No.:* 16–46509 – A399<br><br>*Chapter:* 7 |

**NOTICE TO FILER OF ERRORS IN ELECTRONICALLY FILED DOCUMENTS**

*Notice of Change of Address filed on 7/12/2017 was filed inaccurately.*

- ☐ PDF is:  ☐ illegible   ☐ incomplete   ☐ missing
- ☐ Signature/signature block is not in compliance with LR 9011.
- ☐ Debtor(s) signature missing (name of debtor required).
- ☐ Transfer of Claims: transferor name does not match claimant name.
- ☐ Memorandum explaining changes to the Amended Schedules and/or Matrix was not filed in compliance with L.R. 1009(A).
- ☒ Other:

THE FILER DID NOT STATE THE SERVICE DATE ON THE CERTIFICATE OF SERVICE.

***Action Required By the Filer 7/20/17***

- ☐ A corrected PDF must be filed **ONLY** by using the following pathway
  *Go to Bankruptcy>Other Misc Events>Corrected PDF*
- ☐ Document must be re–filed using the appropriate event or in the correct case.

FAILURE TO TAKE NECESSARY ACTION WITHIN THE SPECIFIED TIME MAY RESULT IN DENIAL OF THIS PLEADING.

*Go to www.moeb.uscourts.gov for ECF Procedures or call the Help Desk at (866) 803–9517*

Dated: 7/13/17

/S/ Dana C. McWay
_____
Clerk of Court

Copy to:

errfilob Rev. 1/14